| | | |
|---|---|---|
| ROBERTA NAPOLITANO | The Honorable: | Alan S. Trust |
| 350 FAIRFIELD AVENUE | Chapter   7 | |
| BRIDGEPORT, CT  06604 | Location: | |
| (203) 333-1177 | Hearing Date: | / / |
| Chapter 7 Trustee | Hearing Time: | |
| | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re: GUILFOILE, DANIEL THOMAS                              Case No. 14-50412
                                                             Chapter   7
_____,
                    Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

ROBERTA NAPOLITANO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $32,500.00                    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,496.46       Claims Discharged
                                                 Without Payment: $20,927.18

Total Expenses of Administration: $3,644.67

---

3)  Total gross receipts of $      8,000.00    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     858.87    (see **Exhibit 2**), yielded net receipts of $7,141.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $821,194.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,644.67 | 3,644.67 | 3,644.67 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 28,960.45 | 52,170.01 | 3,496.46 | 3,496.46 |
| **TOTAL DISBURSEMENTS** | $850,154.45 | $55,814.68 | $7,141.13 | $7,141.13 |

4) This case was originally filed under Chapter 7 on March 21, 2014. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/19/2016          By: /s/ROBERTA NAPOLITANO
                                                Trustee, Bar No.: ct08378

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fraudulent transfer claim against New York Insti | 1241-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GUILFOILE, DANIEL THOMAS | Dividend paid 100.00% on $858.87; Claim# SURPLUS; Filed: $858.87; Reference: | 8200-002 | 858.87 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$858.87** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Ocwen Loan | 4110-000 | 821,194.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$821,194.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERTA NAPOLITANO | 2100-000 | N/A | 1,464.11 | 1,464.11 | 1,464.11 |
| ROBERTA NAPOLITANO | 2200-000 | N/A | 38.93 | 38.93 | 38.93 |
| Law Offices of Jeffrey Hellman | 3210-600 | N/A | 2,040.00 | 2,040.00 | 2,040.00 |
| Law Offices of Jeffrey Hellman | 3220-610 | N/A | 65.00 | 65.00 | 65.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | 3.22 | 3.22 | 3.22 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.10 | 11.10 | 11.10 |
| Rabobank, N.A. | 2600-000 | N/A | 12.31 | 12.31 | 12.31 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,644.67 | $3,644.67 | $3,644.67 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Americredit Financial Services, Inc. | 7100-000 | 3,637.29 | 22,646.18 | 0.00 | 0.00 |
| 2 | Lease and Rental Management Corp | 7100-000 | 3,111.98 | 3,266.73 | 0.00 | 0.00 |
| 3 | U.I. | 7100-000 | 1,284.00 | 2,369.07 | 0.00 | 0.00 |
| 4 | United Illuminating | 7100-000 | N/A | 3,487.40 | 3,487.40 | 3,487.40 |
| 4I | United Illuminating | 7990-000 | N/A | 9.06 | 9.06 | 9.06 |
| 5 | Americredit Financial Services, Inc. | 7100-000 | N/A | 20,391.57 | 0.00 | 0.00 |
| NOTFILED | Imperial Dental | 7100-000 | 583.60 | N/A | N/A | 0.00 |
| NOTFILED | Dollarwise Oil | 7100-000 | 719.80 | N/A | N/A | 0.00 |
| NOTFILED | New England Equine | 7100-000 | 902.93 | N/A | N/A | 0.00 |
| NOTFILED | Yale Hospital | 7100-000 | 250.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Southport Vet | 7100-000 | 3,039.31 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Christie | 7100-000 | 3,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Ivan Cohen | 7100-000 | 131.60 | N/A | N/A | 0.00 |
| NOTFILED | Town of Fairfield | 7100-000 | 7,311.94 | N/A | N/A | 0.00 |
| NOTFILED | Topar Oil | 7100-000 | 569.45 | N/A | N/A | 0.00 |
| NOTFILED | Town of Fairfield | 7100-000 | 41.88 | N/A | N/A | 0.00 |
| NOTFILED | Aquarion | 7100-000 | 403.76 | N/A | N/A | 0.00 |
| NOTFILED | Optimum | 7100-000 | 820.91 | N/A | N/A | 0.00 |
| NOTFILED | United States of America Internal Revenue Service | 7100-000 | 2,552.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$28,960.45** | **$52,170.01** | **$3,496.46** | **$3,496.46** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-50412  
**Case Name:** GUILFOILE, DANIEL THOMAS

**Trustee:** (270110) ROBERTA NAPOLITANO  
**Filed (f) or Converted (c):** 08/20/14 (c)  
**§341(a) Meeting Date:** 09/11/14

**Period Ending:** 04/19/16

**Claims Bar Date:** 12/10/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash<br>Could be claimed exempt | 500.00 | 500.00 | | 0.00 | FA |
| 2 | Bank of America<br>Could be claimed exempt | 500.00 | 500.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS AND FURNISHINGS<br>Could be claimed exempt | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 4 | Prints/stamps<br>Could be claimed exempt | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 5 | WEARING APPAREL<br>Could be claimed exempt | 500.00 | 500.00 | | 0.00 | FA |
| 6 | FIREARMS AND HOBBY EQUIPMENT<br>Could be claimed exempt | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | 2004 GMC Envoy | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | 2007 Chevrolet Suburban<br>Could be claimed exempt | 15,000.00 | 11,362.71 | | 0.00 | FA |
| 9 | Fraudulent transfer claim against Villanova  (u) | 0.00 | 13,000.00 | | 0.00 | FA |
| 10 | Fraudulent transfer claim against New York Insti  (u) | 40,000.00 | 26,666.67 | | 8,000.00 | FA |
| 10 | **Assets    Totals** (Excluding unknown values) | **$72,500.00** | **$66,529.38** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/6/15  The Debtor paid college tuition of $60,000 for his children in the four years before he filed.  I am waiting for the discharge to enter before retaining an attorney to pursue the fraudulent transfer claim.  3/5/15  I forwarded a recording of the meeting of creditors to Mr. Hellman.  8/26/15  Mr. Hellman received an offer of $5,000.00 from NY Tech and countered with $8,000.00.  1/18/16  I will close this case as soon as the IRS tells me if it will file a claim or not.  I don't believe this pro se debtor gave it notice of the filing.  The IRS will respond next week.

**Initial Projected Date Of Final Report (TFR):**     September 30, 2016          **Current Projected Date Of Final Report (TFR):**     January 27, 2016  (Actual)

Case 14-50412    Doc 160    Filed 04/27/16    Entered 04/27/16 17:43:04    Page 7 of 8

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-50412  
**Case Name:** GUILFOILE, DANIEL THOMAS  
**Taxpayer ID #:** **-***1019  
**Period Ending:** 04/19/16  

**Trustee:** ROBERTA NAPOLITANO (270110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $20,087,960.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/19/15 | {10} | New York Institute of Technology | Proceeds of fraudulent transfer claim | 1241-000 | 8,000.00 | | 8,000.00 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 7,990.00 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.10 | 7,978.90 |
| 12/03/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2015 FOR CASE #14-50412, Bond Payment<br>Voided on 12/04/15 | 2300-003 | | 2.15 | 7,976.75 |
| 12/04/15 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2015 FOR CASE #14-50412, Bond Payment<br>Voided: check issued on 12/03/15 | 2300-003 | | -2.15 | 7,978.90 |
| 12/04/15 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2015 FOR CASE #14-50412, Bond payment<br>Voided on 12/04/15 | 2300-003 | | 3.10 | 7,975.80 |
| 12/04/15 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/04/2015 FOR CASE #14-50412, Bond payment<br>Voided: check issued on 12/04/15 | 2300-003 | | -3.10 | 7,978.90 |
| 12/04/15 | 103 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 10/31/2015 FOR CASE #14-50412, Bond disbursement | 2300-000 | | 3.22 | 7,975.68 |
| 12/21/15 | 104 | Law Offices of Jeffrey Hellman | Payment of special counsel fees and reimbursement of expenses pursuant to Judge Shiff's Order dated December 8, 2015 (Doc. ID. No. 137) | | | 2,105.00 | 5,870.68 |
| | | | Special counsel fees          2,040.00 | 3210-600 | | | 5,870.68 |
| | | | Special counsel costs             65.00 | 3220-610 | | | 5,870.68 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.31 | 5,858.37 |
| 03/21/16 | 105 | United Illuminating | Dividend paid 100.00% on $3,487.40; Claim# 4; Filed: $3,487.40; Reference: | 7100-000 | | 3,487.40 | 2,370.97 |
| 03/21/16 | 106 | United Illuminating | Dividend paid 100.00% on $9.06; Claim# 4I; Filed: $9.06; Reference: | 7990-000 | | 9.06 | 2,361.91 |
| 03/21/16 | 107 | GUILFOILE, DANIEL THOMAS | Dividend paid 100.00% on $858.87; Claim# SURPLUS; Filed: $858.87; Reference: | 8200-002 | | 858.87 | 1,503.04 |
| 03/21/16 | 108 | ROBERTA NAPOLITANO | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,503.04 | 0.00 |
| | | | Dividend paid 100.00%          1,464.11 | 2100-000 | | | 0.00 |

Subtotals :  $8,000.00    $8,000.00

{} Asset reference(s)                                                                                 Printed: 04/19/2016 03:12 PM    V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 14-50412  
**Case Name:** GUILFOILE, DANIEL THOMAS  

**Taxpayer ID #:** **-***1019  
**Period Ending:** 04/19/16  

**Trustee:** ROBERTA NAPOLITANO (270110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $20,087,960.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | on $1,464.11; Claim# ; Filed: $1,464.11 | | | | |
| | | | Dividend paid 100.00% 38.93 on $38.93; Claim# ; Filed: $38.93 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,000.00 | 8,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 8,000.00 | 8,000.00 | |
| | | | Less: Payments to Debtors | | | 858.87 | |
| | | | **NET Receipts / Disbursements** | | **$8,000.00** | **$7,141.13** | |

| | | |
|---|---:|---|
| Net Receipts : | 8,000.00 | |
| Less Payments to Debtor : | 858.87 | |
| Net Estate : | $7,141.13 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******1366** | 8,000.00 | 7,141.13 | 0.00 |
| | $8,000.00 | $7,141.13 | $0.00 |

{} Asset reference(s)

Printed: 04/19/2016 03:12 PM    V.13.25